```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 15337
    JASEN RODGERS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7231

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/16/2008 and was confirmed 08/20/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/18/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
ACCREDITED HOME LENDER    CURRENT MORTG        .00          .00            .00
ACCREDITED HOME LENDER    MORTGAGE ARRE        .00          .00            .00
ACCREDITED HOME LENDER    CURRENT MORTG        .00          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         6619.94          .00            .00
ACCOUNT PORTFOLIO MANAGE  UNSECURED        8092.65          .00            .00
ACCREDITED HOME LENDER    MORTGAGE ARRE        .00          .00            .00
PREMIER BANKCARD          UNSECURED         480.82          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        1408.90          .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     294.00          .00          294.00
AARON'S FURNITURE         NOTICE ONLY    NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  FILED LATE           .00          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                      260.40
TOM VAUGHN                TRUSTEE                                         45.60
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    600.00

PRIORITY                                         294.00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   260.40
TRUSTEE COMPENSATION                              45.60
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                     600.00                600.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 15337 JASEN RODGERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                              /s/ Tom Vaughn

Dated: 03/26/09                        _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE